**PORTER, SCOTT, WEIBERG & DELEHANT**
A Professional Corporation
David A. Melton, SBN 176340
Molly M. Ryan, SBN 228646
350 University Avenue, Suite 200
Sacramento, California 95825
(916) 929-1481 Office
(916) 927-3706 Facsimile

Attorneys for Defendants COUNTY OF SACRAMENTO, SHERIFF LOU BLANAS, DEPUTY GORDON BEAMER  (Public Entity Gov. Code § 6103)

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD HAY DUPRIEST,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>　　　　Defendants.<br>_____/ | Case No.: 2:05-CV-02362-DFL-JFM<br><br>**STIPULATION AND ORDER FOR DISMISSAL PURSUANT TO FRCP 41 (a)(2)**<br><br>Complaint Filed:　January 17, 2006<br>Trial Date:　　　　June 18, 2007 |

IT IS HEREBY STIPULATED and agreed by and between Plaintiff DONALD HAY DUPRIEST and Defendants COUNTY OF SACRAMENTO, SHERIFF LOU BLANAS and DEPUTY GORDON BEAMER, by and through their undersigned counsel, that any and all claims against Defendants COUNTY OF SACRAMENTO, SHERIFF LOU BLANAS and DEPUTY GORDON BEAMER be dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Dated: January ___, 2007　　　　　　　LAW OFFICE OF STEWART KATZ


　　　　　　　　　　　　　　　　　　　By _____
　　　　　　　　　　　　　　　　　　　　　Stewart Katz
　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

1
**STIPULATION AND ORDER FOR DISMISSAL PURSUANT TO FRCP 41 (a)(2)**

Dated:   January __, 2007                    PORTER, SCOTT, WEIBERG & DELEHANT
                                             A Professional Corporation


                                             By _____
                                                David A. Melton
                                                Attorney for Defendants,
                                                COUNTY OF SACRAMENTO, SHERIFF
                                                LOU BLANAS and DEPUTY GORDON
                                                BEAMER


**O R D E R**

  IT IS HEREBY ORDERED that Defendants COUNTY OF SACRAMENTO, SHERIFF LOU BLANAS and DEPUTY GORDON BEAMER be dismissed from this action with prejudice.


Dated:   June 14, 2007                       /s/ David F. Levi
                                             Hon. David F. Levi
                                             United States District Judge
                                             Eastern District of California